# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FIRST COMMUNITY BANK | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 12-1988 |
| | * | |
| APHELION HOLDINGS, LLC ET AL | * | SECTION "L" (3) |

## ORDER

The Court has received Defendant United States Army Corps of Engineers' Motion to Dismiss (Rec. Doc. 9) and Plaintiff First Community Bank's Motion for Reconsideration (Rec. Doc. 11) of an Order of the 22nd Judicial District Court for the Parish of St. Tammany (Rec. Doc. 4-3 at 32). That Order granted Defendants Aphelion Holdings, LLC and First American Bank and Trust's Exception of Non-Joinder of a Party, requiring Plaintiff to add the Army Corps to this suit for recognition of a servitude. *Id.* The reason for this addition was a Cease and Desist Order issued by the Army Corps over the allegedly servient estate.

On July 5, 2012, Plaintiff filed an Amended and Restated Petition including the Army Corps as a party and stating:

> Upon information and belief, the United States Army Corps of
> Engineers has recently issued a "cease and desist" letter to
> Aphelion concerning the [servient] property. Therefore, the Court
> herein has ordered that it be added as a party to these proceedings.

(Rec. Doc. 1-1 at ¶ 16). The Army Corps removed the case to this Court on August 1, 2012. (Rec. Doc. 1).

Both Plaintiff and the Army Corps now ask this Court to dismiss the Army Corps from the lawsuit and remand the case to state court. They argue that the Army Corps is not a proper party to these proceedings for various reasons and raise doubts as to this Court's subject matter

jurisdiction over the case. Both parties' motions were filed in late October and noticed for submission on November 14, 2012. Defendants Aphelion and First American Bank and Trust did not file a response to either motion.

The Court construes Defendants' silence on this matter as a lack of opposition to the motions. Accordingly, it appearing to the Court that the motions are well-grounded in law and fact, IT IS ORDERED that both motions are GRANTED. IT IS FURTHER ORDERED that the United States Army Corps is DISMISSED from this lawsuit. IT IS FURTHER ORDERED that the case is REMANDED to the 22nd Judicial District Court for the Parish of St. Tammany.

New Orleans, Louisiana, this 14th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE